PER CURIAM.
J.E. (“mother”) appeals from an order terminating her parental rights. We affirm.
Because the order terminating the mother’s parental rights to her minor son, R.E., pursuant to sections 39.806(l)(c) and (e), Florida Statutes (2006), was supported by competent and substantial evidence, we affirm. See W.N. v. Dep’t of Children & Family Servs., 919 So.2d 589 (Fla. 3d DCA 2006); M.M. v. Dep’t of Children & Family Servs., 867 So.2d 573 (Fla. 3d DCA 2004); E.K.B. v. Dep’t of Children & Families, 724 So.2d 720 (Fla. 3d DCA 1999).
Affirmed.